UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-80589-ALTMAN/Matthewman

JANE DOE,

    *Plaintiff*,

v.

DARREN K INDYKE, *et al.*,

    *Defendants*.

_____/

## ORDER

On June 28, 2021, the Defendants filed a Motion to Dismiss [ECF No. 32]. Under Local Rule 7.1(c), "each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(c). The Plaintiff has failed to respond to the Motion to Dismiss, or to move for an extension of time, and the time to do so has passed.

Accordingly, it is hereby **ORDERED** that the Plaintiff shall respond to the Motion to Dismiss by **July 15, 2021**. Failure to comply with this Order will result in the Motion being granted by default.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 13th day of July 2021.

                                                      **ROY K. ALTMAN**
                                                      **UNITED STATES DISTRICT JUDGE**

cc: counsel of record