UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80589-Civ-Altman/Matthewman

JANE DOE,

                Plaintiff,

vs.

DARREN K. INDYKE AND RICHARD D. KAHN, AS CO-EXECUTORS OF THE ESTATE OF JEFFREY E. EPSTEIN,

                Defendants.

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The law firms of Coffey Burlington, P.L., and Phillips & Paolicelli, LLP respectfully move to withdraw as counsel for Plaintiff and states:

1. Irreconcilable and fundamental differences exist between Plaintiff and her attorneys. Because of those irreconcilable and fundamental differences, Coffey Burlington P.L. and Phillips & Paolicelli, LLP ("the law firms") must terminate their representation of the Plaintiff in this matter under the Rules Regulating the Florida Bar.

2. In addition to their ethical obligation to end their representation of Plaintiff in this case, the law firms' agreement with the Plaintiff expressly provides that they may withdraw with the Court's permission at any time, and permissive grounds under the applicable Rules Regulating the Florida Bar exist to allow withdrawal.

3. The law firms have informed the Plaintiff of their decision to seek this Court's permission to withdraw in emails and by telephone and she is fully aware of their decision and

reasons for their decision. Plaintiff asked undersigned counsel to inform the Court that she asks for ninety (90) days to find new counsel.

4. The law firms are unaware of Plaintiff's decision about how, if at all, she wishes to proceed, but it is requested that an Order Granting this motion will provide that Plaintiff be given a reasonable time within which to obtain new counsel, or otherwise notify the Court of her intentions.

5. There is currently pending a fully briefed Motion to Dismiss, but no other matters are pending at this time.

6. Undersigned counsel has conferred with opposing counsel, Scott Link, and is authorized to represent that Mr. Link does not oppose the granting of this motion.

7. A copy of this motion has been sent by email to Plaintiff prior to filing it.

WHEREFORE, Coffey Burlington P.L., Robert Burlington, Andrew Marks, and Dorothy Kafka, and Phillips & Paolicelli, LLP, Steven Phillips, Victoria Phillips, and Ari Taub respectfully request that the motion be granted and that they be relieved of any further responsibilities in this case.

    Respectfully submitted,

    COFFEY | BURLINGTON
    *Counsel for Jane Doe*
    2601 South Bayshore Drive, Penthouse
    Miami, Florida 33133
    T. 305-858-2900
    F. 305-858-5261

    By: /s/ *Robert K. Burlington*
    Robert K. Burlington (FBN 261882)
    Andrew H. Marks (FBN 225231)
    Dorothy C. Kafka (FBN 1007982)
    rburlington@coffeyburlington.com
    amarks@coffeyburlington.com
    dkafka@coffeyburlington.com

groque@coffeyburlington.com
service@coffeyburlington.com

-and-
PHILLIPS & PAOLICELLI, LLP
747 Third Avenue, 6th Floor
New York, NY 10017
T. 212-388-5100
F. 212-388-5200
Steven J. Phillips*
Victoria E. Phillips*
Ari L. Taub, Esq.*
SPhillips@p2law.com
VPhillips@p2law.com
ATaub@p2law.com

*Counsel for Plaintiff,*
*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on December 8th, 2021, on all counsel or parties of record on the Service List below.

By: /s/ *Robert K. Burlington*

| Service List | |
|---|---|
| **Scott J Link, Esq.**<br>**Kara Rockenbach Link, Esq.**<br>LINK & ROCKENBACH, PA<br>1555 Palm Beach Lakes Blvd., Suite 930<br>West Palm Beach, FL  33401<br>office (561) 847-4408<br>fax (561) 855-2891<br>Email: scott@linkrocklaw.com<br>kara@linkrocklaw.com<br>tina@linkrocklaw.com<br>troy@linkrocklaw.com<br>*Counsel for Darren K. Indyke and Richard D. Kahn, as co-Executors of The Estate of Jeffrey E. Epstein* | |

3