IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

CASE NO.: 9:21-cv-80589-RKA

JANE DOE,

    Plaintiff,

vs.

DARREN K. INDYKE and RICHARD D. KAHN, as Co-Executors of the ESTATE OF JEFFREY E. EPSTEIN,

    Defendants.

_____/

## MEDIATION REPORT

Pamela I. Perry, the mediator in this case, hereby submits the following Mediation Report.

1. In our initial Mediation Report to this Court, the undersigned informed this Court that a continued mediation would be held in this case on or about December 10, 2021. D.E. 41. The undersigned mediator previously attempted to schedule this mediation, but has learned that counsel for the Plaintiff has moved to withdraw as counsel. D.E. 52.

2. Accordingly, the undersigned files this report to inform this Court that inasmuch as the representation in this case appears to be in a state of flux, there are no longer plans to convene a second mediation and an agreement has not been reached in this case.

CASE NO.: 9:21-cv-80589-RKA

DATED this 13th day of December, 2021.

By: /s/ *Pamela I. Perry*
Pamela I. Perry, Esq.
Fla. Bar No. 455271
PAMELA I. PERRY, P.A.
1501 Venera Ave., Suite 300
Coral Gables, FL 33134
P: 305-670-9800/F: 305-670-9933

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to:

Robert K. Burlington, Esq.
Andrew H. Marks, Esq.
Dorothy C. Kafka, Esq.
COFFEY BURLINGTON
2601 South Bayshore Dr., Penthouse
Miami, FL 33133
rburlington@coffeyburlington.com
amarks@coffeyburlington.com
dkafka@coffeyburlington.com
groque@coffeyburlington.com
service@coffeyburlington.com
*Counsel for Plaintiff*

Steven J. Phillips, Esq.
Victoria E. Phillips, Esq.
Ari L. Taub, Esq.
PHILLIPS & PAOLICELLI, LLP
747 Third Avenue 6th Floor
New York, NY 10017
SPhillips@p2law.com
VPhillips@p2law.com
Ataub@P2law.com
*Counsel for Plaintiff*
Scott J. Link, Esq.

Kara Rockenbach Link, Esq.
LINK & ROCKENBACH, P.A.
1555 Palm Beach Lakes Blvd., Suite 930
West Palm Beach, FL 33401
scott@linkrocklaw.com
kara@linkrocklaw.com
Tina@linkrocklaw.com
troy@linkrocklaw.com
*Counsel for Defendants*

By: /s/ *Pamela I. Perry*

2