UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-80589-ALTMAN/Matthewman

JANE DOE,

    *Plaintiff*,

v.

DARREN K INDYKE, *et al.*,

    *Defendants.*

_____/

### ORDER

On January 27, 2022, the Court held a hearing to determine whether the Plaintiff planned to hire a new lawyer and, if so, whether she needed more time to do so [ECF No. 67]. For the reasons stated on the record at that hearing, the Court **ORDERS AND ADJUDGES** as follows:

1. The Plaintiff's Motion for an Extension of Time to find a new lawyer [ECF No. 64] is **GRANTED**. By February 28, 2022, the Plaintiff shall *either*: (a) have her new lawyer make an appearance on the docket and move to reopen the case; *or* (b) file a notice with the Court indicating that she intends to proceed *pro se*.

2. This case shall remain **CLOSED.** All deadlines, except for the Plaintiff's deadline discussed above, are **TERMINATED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 27th day of January 2022.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc:    counsel of record