# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# CASE NO. 21-cv-80589-ALTMAN/Matthewman JANE DOE,

Plaintiff,
v.
DARREN K INDYKE, et al.,
Defendants.

FILED BY ___COS___ D.C.

FEB 22 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## MOTION TO EXTENTION TIME TO REVIEW CASE AND PREPARE as Prose:

**a) The** Previous counselor held all documents and was not allowed to review and not respond to any communication.

**b)** I didn't have any legal assistance I need time to prepare the document.

**c)** I need time to understand how to do procedures for how to represent the evidence.

ummuhan2022@yahoo.com

[signature]

**CERTIFICATE OF SERVICE**

I CERTIFY that on December 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will serve the document on the counsel of record through the CM/ECF system.

5

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-80589-ALTMAN/Matthewman

JANE DOE,
Plaintiff,
v.
DARREN K INDYKE, et al.,
Defendants.

_____

## MOTION TO COMPLAINT &
## JURY TRIAL DEMANDED

Plaintiff Jane Doe, by and through I couldn't find any counsel to proceed the case attorneys, as and for her Complaint, alleges as follows:

### Preliminary Statement to Addition

1)     There are issues that for lawyers, to review the case is not enough time, and every lawyer I had applied I don't; know anyhow they're; communicating with Defendant regardless of this case. Every lawyer I had applied to told me that Defendant's told them, "This is A fraudulent case, and the plaintiff is uncredible and will charge a dishonest, charged fraudulent, and the case will dismiss soon. So, unfortunately, this affects me in an unfortunate way; I cannot focus on anything. Unexpectedly m It is also making my counselor withdraw from the case is pre-judgment without seeing or hearing the jury; counselor withdrawal from the counseling without representing to trial and jury, the case and preventing me from fastened up so I cannot have not any counselor helps.

2)     This Defendant's tactics first did get rid of my lawyer, so I cannot have any legal help. This is clearly shown's in the deposition Defendant did start an extremely unbearable way of attacking me through questioning. I do have some reasonable suspicion about Defendant how to try to set me up some unknown news people and phone call for me so I can sanction; these people coincidently also email him same time how they do know defendant email. I believe the defendant did the same way to call me through an unknown detective and did falsely tell me that my lawyer going to jail because of that reason under the pressures and terrible feelings causes my legal aid to

1

withdraw from a counselor. Defendant using all tools and power I do not have same tools and power I don't believe it is fair. Because of that, I have only your judgment and faith; Whether. If I was born raised in this country there will be different analyses or approaches.

3) There is also rushed to the judgment without examining the evidence are like a witness name was Oya K, never had chances to hear by my counselor's. She was performing a massage to Epstein, and she was present several times with Epstein and Gmax.

4) Another key witness didn't have a chance to speak or testify. This witness does know what Epstein did to me in 2008.

5) Key evidence never requested the report that Epstein did register our car (SUV) for an agent who made a police car or FBI car which Epstein monitored me for driving him.

6) There is another crucial witness that is very important for the case. I had been given a birthday present to a man by Jeffrey Epstein on February 27/ 2008 and ordered it to make the man happy birthday.

7) There is another evidence that never looks it sometime November or December 2007. when Epstein did get all my documents, he made me sign a document after calling his banker friend who spoused to save my mortgages. Because of his arrangements sometime in February 2008, his banker friend ordered to buy all defaulted mortgages collectively through one bank. Without Jeffrey, Epstein's power is impossible to do in one day through by one bank.

8) I am objecting when Defendant hade deposition during that deposition I couldn't remember what happened in 13 years ago and I do not know upon that time what is meaning of deposition or any under out meaning of it. I tried all my effort, and it took me more than five mounts to partially remember for trying to remember the Wachovia case. The Wachovia work problem and the terminating job were in 2007 and after EEOC investigated the discriminatory act. The deposition took place in 2009, and the case has never been in court. During deposition took palace in west palm beach Under Defendant regardless of Jeffrey Epstein's case I didn't remember anything about the back 2009 deposition because I was incredibly humiliated and embarrassed in front of the camera and people by Defendant's questions.

9) This misconduct did happen 14 years ago. I did put all my effort to make some exact memorizing timing when Jaffrey Epstein's Brutally attacked end rapes me. I did state that Jeffrey Epstein did take my passport around Christmas time 2007 because it was the last time, we went to a movie with Gmax, and Jeffrey Epstein. I know that because of Gmax, birth day's upcoming or it was recently passed, she got me a birthday gift from the Neiman Marcus store and Saks Fifth Avenue. In Boca Raton Town Center. However, that day he asked for my passport and my immigration document, and my bank information. He took all the documents, including the passport. After two weak we did meet again, and that day, Epstein did call the bank to try result for foreclosure my mortgages. That day, he invited me to his house, but I told him I couldn't and wanted my passports because I had purchased a ticket for Turkey. He sent my passport with his driver to my home the next day.

2

10) After all this case, I am trying to put all effort into remembering what happened 14 years ago, and I do have still broken memory in many areas. I discovered that yes, I did go to Turkey on December 29/2007, and came back on January 23 /2008. And that same day when I came back from Turkey, I did call Epstein the phone given me by Epstein to only way to communicate with him directly before I went to Turkey carefully had hidden at home. The next day or flowing day by Jeffrey Epstein directive's I went to his house to cut his hair, and his driver did pick me up the front of the small shopping center, and I parked my car there and went to his home. It was the time he wanted to make sure I did have to bring my passport, and he took it. When they first attacked and raped me, I still cannot remember some part where they washed my body before the police arrived or after the police left. After the police left, He was outraged and started to humiliate me, blaming me for; causing him and on a debt, I couldn't pay. He keeps saying when I try to get back my passport, he clears I need to earn. With Gmax, the assistance he lacks me too small closed to behave. All my entire life I had tried to delete that time frame, even seek therapy to hypnosis so I try to leave.

How I remember that it was a lot of talking about celebrating his birthday, and my birthday bout passing already and his comment I remember was "no one celebrates your and my birthday" when I did say my birthday already passed, he says "if you come last Sunday we celebrated together and he says "but never late". That's it was Gmax idea to go after someplace that I had been taken, Naples.

11) I was not understanding the English language correctly, I did come to this country and American Dream, and my family has relied on me. All after the activity, I followed whatever order he give me. I tried not to upset him so he could not deport me, and my husband and my family could not find what happened to me.

12) One reason for custom honor killing in my country's culture is that I damaged their honor, and they had cleansed the family name by killing me. And common law and religious law does give a permit for an honor killing if any women disgrace the family name, especially married women; I had brought shame to my family through Epstein rape. I will get executed honor killed husband or family member, even own father, own child, or own brother. I didn't know how to handle this pressure and situation. The only way to not lose my son custody of my child and try to hide inside and act noting happen many years because of what Jeffrey Epstein did to me.

Maybe I did successfully hide from my family, but I did lose many opportunities and was confused, and my life became a roller coaster. I am not here to break any law or try to Lier all I was innocent couldn't remember some time frame and partially some are. I couldn't remember 14 years ago what did happen exactly perfectly. I felt that I was already punished and became a second-time victim because Defendant brought up the Wachovia case it happened early than Epstein's conduct; it cannot even be compared with Jeffrey Epstein's action was concerned brutal and multiple rapes, sexual trafficking, sexual abuse, physical assault, physical mutilation, blackmail, intimidation, fraud. If I didn't ever go Jeffrey Epstein home, I would even get back my job in Wachovia or won the job back because his action caused me to lose that case.

3

12) I couldn't remember today working a security job 14 years ago after all trying too hard, and looking back; upon today I partially remember working part-time some days as a security job. Still, I didn't remember it during the under Defendant took deposition. Only worked for the excuse of going out, as I had to leave the house at night when Epstein forced me to do and obey the rules of slavery. I did afraid if my husband did not let me out and Epstein could deport me and lose my son's custody. Same time I am afraid at the time, my husband will find out, and his or my family will honor killing me.

13) I have six witnesses and evidence, never chances to hear or go through the jury and pictures and evidence. Some of his powerful friends even did see me with Epstein. It would confirm what happened. The two police officers who were after the action in Jeffrey Epstein's home never answered or investigated.

14) A defendant is using this Wachovia case as to excuse to avoid me, so I cannot get any resolution. It doesn't change anything that Jeffrey Epstein did to me. It doesn't bring back what he took from me. I have to leave the rest of my life and am afraid many years because of Jeffrey Epstein's power. I was terrified and started bagging to Epstein, praying and crying through, and please do not make me deported.

15) I'm objecting to the fraud in the passport; the passport is 26 years old and is not valid. Passport has been held by Epstein list four mounts. I give it to all passports scanned, or any picture was presented. After selecting a new school, I rushed to a new state to orient. Because very shortage time and restriction did not allow taking throughout airplane two large full contraction bag of the old document with me to the hotel which I start leaving. I have a full-time demanding school 12 hr in school. I could have any time to find a new apartment or return home to bring my belongings, including two full contraction bags of old papers and documents. I did live in 3 different hotels in seven weeks. And after the move, the new apartment id has septic leakage and construction done. I couldn't make any time to go back to the previous state under school demands and pressure. My brother did move in with my son, and he didn't want to leave in two full contraction bags and clean the room and decide to get rid of all documents. He believed it was a garbage bag of old documents papers. There is no intention to destroy any 26-year-old passport or disrespect to law.

**Conclusion;** Defendant tries to dismiss the case and uses all his power to silence me and accuse me. Defendant seeing this is a funny and calculated and false creation. Defendant undermining what I went through why I will put my name and my family to humiliate and myself

ummmuhan2022@yahoo.com

*[signature]*

**CERTIFICATE OF SERVICE**

I CERTIFY that on December 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will serve the document on the counsel of record through the CM/ECF system.

4

**UNITED STATES POSTA**

**PRIORITY®**

ed delivery date
omestic shipme
Tracking® include
international in
sed internationa
does not cover certa
Mail Manual at *http://*
national Mail Manual

T RATE
TE ■ ANY WEI

CKED ■


S00001000014

---

**UNITED STATES POSTAL SERVICE.**  Retail

**P**  **US POSTAGE PAID**
**$8.95**
Origin: 03053
02/18/22
3246500053-05

**PRIORITY MAIL 2-DAY®**

0 Lb 2.20 Oz

1006

EXPECTED DELIVERY DAY: 02/22/22

C028

SHIP TO:
701 CLEMATIS ST
RM 202
WEST PALM BEACH FL 33401-5113

**USPS TRACKING® #**

9505 5156 0678 2049 7511 59

EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

---

USPS INSPECTED
FROM: Jane
30 Shattu
2213 A
MA

USPS INSPECTED

United State
Southern of
701 Clema
Room 2
West Pal
FL 33