# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 21-cv-80589-ALTMAN/Matthewman

JANE DOE,

Plaintiff,

v.

DARREN K. INDYKE and RICHARD D.

KAHN, as Co-Executors of the ESTATE OF

JEFFREY E. EPSTEIN,

Defendants.

_____/



## PLAINTIFF'S MOTION TO AMEND DISCOVERY OF EVIDENCE AND PROVIDE THE PRODUCTION

**1) (CC)** DOCUMENT IS AN ORIGINAL COPY OF A TRAVEL DOCUMENT from border record in the TURKISH border entry record.

**2) (NN)** I have already signed and requested and applied to all Doctors and hospitals in the USA and the Turkish government to amend it.\\

**3) (KK)** I am providing all my school records diplomas transcripts and what I have and what I will provide in the future including high school elementary and any technical license.

**4) (nn)** this is a statement of Charles F w jr of a witness.

**5) (bb)** Turkish government register of any birth certification and all family records of me and my family.

**6)(kk)** I am providing and will provide Zeynep Oya K, the statement as witness and questions answers

**7 (km)** I am providing Patricia Onel's and Tiffany Onel's witness statement

**8(mm)** I am requesting from my previous lawyer MUSA ADAK STATEMENT WHO IS KEY WITHNESS

**9(GG)** I am providing and requesting from my previous lawyer   ALEXANDER ADAK testimony STATEMENT.

**10(VV)** I am providing Carmen's testimony witness statement who talks a previous lawyer.

**11(RR)** I am providing a copy of my photo bene by taken Epstein digital camera and
To give me by Zeynep Oya Kocaman, she did take it from Epstein.

**12(SS)** I AM providing one photo of me sometime between 2006 I don't remember the exact date when with Epstein. IT has been given the same memory card by Zeynep Oya K.

**13(km)** I am providing a photo of me with Gmax 2008.  The photo was in a memory card given by Zeynep Oya K.

**14(HH)** I AM providing a psychological evaluation from a previous lawyer

**15(mm)** I m providing a document from Dr. KANAR WHO MAKES An EVALUATION of who is specialized in genital surgery.

**16(GG)** statement of the KEMAL GUNDOGDU who was with Musa at the time when Musa did couch me with   I was driving EPSTEIN TO BIRTHDAY PARTY.

I am not hiding anything because I was extremely sick and the covid restriction delayed response after am keep applying many times.

Scott J. Link
Kara Rockenbach Link
Link & Rockenbach, PA
1555 Palm Beach Lakes Blvd., Suite 930
West Palm Beach, FL  33401 scott@linkrocklaw.com kara@linkrocklaw.com
tina@linkrocklaw.com troy@linkrocklaw.com Counsel for Defendants

CERTIFICATE OF SERVICE
I CERTIFY that on May 12 2022 _____ I electronically filed the foregoing document
with the Clerk of the Court using CM/EC

 

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

 | **PRIORITY**® MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9



U.S. POSTAGE
$15.75
PM 2-DAY
03103 0004
Date of sale
05/12/22
08
11468693

**PRIORITY MAIL 2-DAY®**

7.50 oz

RETURN RECEIPT REQUESTED          0004
EXPECTED DELIVERY DAY: 05/16/22



Jane Doe Care Nilufer
            Adelik
30 Shattuck Rd
#2213 Andover MA
            01810

SHIP
TO:   701 CLEMATIS ST
      RM 202
      WEST PALM BEACH FL 33401-5113

**USPS CERTIFIED MAIL®**

9502 8067 1176 2132 4123 06

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.