# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# CASE NO. 21-cv-80589-ALTMAN/Matthewman

JANE DOE,
Plaintiff,

v.

DARREN K. INDYKE and RICHARD D.

KAHN, as Co-Executors of the ESTATE OF

JEFFREY E. EPSTEIN,

Defendants.

_____/

FILED BY _____ _//c{_____ D.C.

MAY 16 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## PLAINTIFF'S MOTION TO IN OPPOSITION TO DISMISS & object to the defendant's accusations

## Introductory;

Under your Rule of civil procedure, the plaintiff pro-se moves this court to deny the inevitable motion to dismiss from the defendant's counsel and respectfully demands this court and your good faith follow the rules of evidence 201(e)(f) and allow this witness and as a victim of me to hear.

### Plaintiff's objecting of II. Clear and Convincing Evidence Demonstrates that Plaintiff Consciously accusation about Committed Fraud on this Court.

Respectfully, the allegations of fraud are not true at all. I have never broken the law; the defendant tries to take advantage and use excuses because I lost my twenty-six yr. An old expired passport that's defendant chose me as a scapegoat

for this EPSTEIN CRIMES and tried to use scapegoat of the theme because of the Wachovia case, not even relevant to the actual EPSTEIN misconduct, and this crime was involved, influential secretive people.

I did explain thousand times what happened in 2008. My passport copy, and scanned mutually been provided, and it doesn't show any fraudulent activity. If you want to expand your passport after it expires, always two choices to renew, and to do that, you have to be in Turkey to be there yourself; the process will take mounts and days. Another way to extend you can choose the cheaper way and pay less than one hundred dollars, and whoever does passport adds extra pages, and you can do that by mail, and I always send with mail. I still today do not clearly remember visiting Turkey in 2008. However, I apply for a travel record at the TURKISH border with my passport number before losing my passport. Suppose I know why I will submit the passport copy and travel record simultaneously. Even though I visited Turkey where it was a short time, it is not clear do I travel with my passport or just a Turkish ID and AMERICAN GREEN CARD TO RE-ENTRY. It is not about leaving is about becoming an Epstein prisoner no matter where you are. I am objecting; the defendant tries to say I would leave the country; the defendant advises it is simply basic and normal and suggests I should kidnap my child and leave my country, act as if nothing happens. But the defendant has to understand I have a family husband and AMERICAN child. You cannot just kidnap your child and leave for another country. And my family is a very restricted culture which could even result in honor executions if you find out that it will involve cheating on your husband, nude sex type, or prostitution. So, I am asking for a bit of empathy from the defendant. This could also happen to your loved ones that put your hand on your conscience and ask who can take their child and run away; it will be child

kidnapping. I didn't have any money to re-start again at the time when Epstein's misconduct. That's in being I came to many Hopps and followed my dream to AMERICA.

Epstein recorded me naked during sex; he even gave me a cake, and it made my head enormously significant bigger and not control what I was doing. If Zeynep Oya K, tells the truth as a witness, she knows how my body did react and made me have a headache and throw up, but I still couldn't any no to him eating the cake because I didn't want him to be angry; Epstein would deport me or can throw the alligator to killed.

He showed me how powerful he was and if I even tried to escape, he made clear that I would be gone just like another girl if anyone and no one even found my bone.

It matters that Epstein did hold my passport some time from JANUARY through the end of May or the first weak June of 2008. He wanted FBI clearances for me to start work as a US marshal as an agent. Gmax people I meet through them all know he owns this country and he was top of a charge of all secret operations that all my driving part of secret FBI operations. Not only Epstein and He even promised I would pick any AMERICAN EMBASSY to work. But after his brutal misconduct, he was extremely changed, and I didn't have no any option followed his commend not to get deported or get killed. He was clear that; There was nothing I could do but obey his orders.

I am objecting defendant claiming Epstein wasn't in FL 2008 from January through June 2008. It is clear that I respectfully have no explanation for why he chooses me. He was in Florida; I will prove that.

The person who hates me most in the world is my EX HUSBAND-MUSA ADAK is a crucial witness and should be heard. The second witness is Alexander, who was a minor at the time. Epstein Gmax did rape me in front of him and tried to kill me in front of him. I am sure if physiologies talk, he will tell the truth; my son never Lier, and I will lose him forever if I lie. He is this type of personality. In this world, who can talk about such an embarrassing thing to their own child in this world? However, Alexander was a key witness who should be heard.

Zeynep O Kocaman, provided some photos of me, which she still from Epstein and a memory card,  and she was a key witness who should be allowed to be heard. She was Epstein's massage person and was also caregiving me after Epstein ordered forcible genital surgery, which resulted in mutilation. Charles Walton Faster also did provide a statement because I only discussed him some time Epstein crime no one else. Tiffany Oneil and her mother, Patricia Oneil, also should be heard because there was my friend at the time who bout let me stay in their home for more than six mounts. Bout does know why my ex-husband and domestic violence started, and they know at the time reason for the divorce.

Respectfully thus alleging fraud should be dismissed defendant, and trying to discredit me is a presumption assumption covering up attempting to Help Epstein cover up the crimes. It clearly shows that instead of seeking injustice or any resolution commuted by and resolution for rape threats forcibly sex activity forcible mutilation and sex trafficking and almost throwing in the lake that full of a gigantic crocodile for attempting to kill me by Epstein.

If the court dismisses the case because of an unrelated Wachovia case, it will be no justice for me. All these crimes and conduct will defame justice and cover all these

crimes under the federal constitution. The defendant's counselor denied me, and as a remedy of using excuses about the Wachovia, a defendant accused me of fraud and tried to disqualify me. This court should prevail. This case is nothing relevant to Wachovia is a high-profile civil case, and I will never get any resolution or damages to be recovered. Therefore, I am asking to dismiss this court and disputing. All assumptions of counsel must be dismissed for lack of standing. I respectfully ask this court to protect my right and deny the defendant's motion to dismiss. I would also respectfully ask this court to point an unbiased warden or my previous counselor to complete the deposition of my witnesses and their statements. Because my previous lawyer worked on the case, it is a very valuable and important fact; in this case, he can only finish up the least deposition if possible.

Objecting B. Plaintiff's Complaint is a Sham Because the Allegations are Palpably or Inherently False, a Plain Fiction.

When the deposition took place regarding the Epstein case defendant's counsel or the look at your transcript how and crucial did, he started questioning me. It was excruciating to even be in front of my lawyers, and it was all not comfortable to even stay there. Not only that, I am extremely trying to leave many years to act and try to berry what Epstein and GMAX Did to me, and I may be successful or act as if nothing happened, but when it hurts me during sleep or all the time, I know when looking my son face as embarrassed from my child and leave how I am dirty. In my memory, I completely forget about traveling to Turkey because it was never shown anyway in my passport. After all, I do not want to distract or stumble into any law and justice. I applied for a travel document; however, because of covid restrictions and TURKISH government system delay, the travel document just received this

weak showing that I ben in Turkey travel, however, come back on 23 January 2008. That showing I am telling to truth, and I believe that trip must be without a passport. And if you have a Turkish ID, You can go to any country. Turkish airlines let you fly, and if you have a permanent work card, you can come back to the USA.

That shows that the defendant thing this is funny and false.

I know time short time travel without my son it is so unbelievable but

I am also sorry in deposition June 2021. I couldn't remember or was conflicted about Turkey's 2009 deposition psychiatric hospital. Yes, I was wrong. I apply to Turkish medical record, and the record shows I have been in a psychiatrist clinic visitation 2008, and it shows three days visits. So it must be translator have a mistake dates or lawyer error in the Wachovia case 2009 nothing to do with me, so it is clear I am telling the truth and not remembering June 2021 deposition what happened 14 years ago. However, I didn't remember that visitation until today.

Many million people are still seeking and going to reality shows looking for their identification because the Turkish government didn't have good record keeping. So it is very normal for people to have no title, especially girls still. In addition, some families do not register or give them any bird certification, even boys, because they don't want their kids to go to the army and die during a terrorist attack.

In the twenty-second century still, million people have no registered ID or are sometimes registered like your under aunt. For example, my friend's father has two wives, and the first wife has an official marriage certificate document. Still, the second wife is twenty yr younger and has no marriage certificate, so she and her four siblings register her stepmom under the father's first wife's name.

That's very customer and common in Turkey, and the government tries to prove and try to register everyone but is not changed much yet. When the mayor noted me after I had finished elementary school, I didn't have my identity yet or any birth certification. It only needs a technicality through the court system TO MAKE CORRECTIONS of my age, but I no longer want to be in Turkey. I am American.

I still don't understand why Epstein did choose me, yes, it sounds unbelievably charming, man, and Gmax makes me believe that only Epstein can help save my properties and that only person can help me reach out to my dream carrier. However, going to his home was only to cut his hair. It was my fault and put me in jeopardy as an adult, but I never expected he would rape me. Then I did see his true face. After that, it was only fearful and forcible to follow whatever he asked because he was clear that do not obey him. It was clear obeying him resulted in my death, deportation, and never seeing my son again and no one ever found my bone. If you look at my past and show my character, I do not tolerate injustice since I was a child; I am always seeking my rights. Even for little things, I always call the police or report. However, that was until Epstein raped me and threatened to intimidate me too, and it was a turning point; I was even afraid to leave for another country because he cleared that I couldn't run away from it; I'll find you instantly. Because he has all his powers and powerful friend, he is clear that men buy their wives, and you are the lucky one if anyone buys you. So, I begged for my life and premised to follow whatever he asked. That is the only reason today I am alive. When he tried to throw me into an alligator, Gmax did save my life by bringing my son and stopping him.

I object to the defendant's claim that I didn't say precisely when he first raped me. It was after my birthday, and it was time to close his birthday or after his birthday. So instead of the defendant accusing me of being a false victim, I am asking if Epstein's property has nude photos of me. The photos are on the coffee table, and some are on the more oversized table, which is not even never hidden from any guests, visitors, or workers. So is girl-mindedly taken photos, and if Epstein's death, then respectfully asking for his lawyer should look at all his property will provide all my pictures and forcible sex activity been recorded.

Conclusion; The court has a proper venue and is subject matter jurisdiction (FRCP)12 b(2), fair plain substantial justice is hall the defendant in. However, Epstein did own a home in Florida that also applied general jurisdiction, and he was top on the law. His most powerful friends were all helping him stay in their place, and no police could ask him any questions. He even registered my car as an FBI or secret services car, driving around areas and his activity through my SUV. His misconduct happened in FL STATE, and I AM standing the court is the proper venue and jurisdiction. Epstein has an existing home in Florida resident and most of his conduct happen in Florida. Plus, specific jurisdiction also applies because Epstein has some companies even registered in Florida. Purposeful Availment directed or activities toward the forum also shoul apply. I AM OBJECTING TO DEFENDANT, CLAIMING THE CLAIM IS SHAME. It is excruciating to deal-seeking justice, not a shame; I know I am just noting and worthless. However, protecting high-profile criminals is a shame, and tens of high-power people are involved in this criminal misconduct and are happy and enjoying Epstein. The defendant mentality is seeing me as shameful and labeling me as the false creation of a victim is all about. After

Gmax was caught and arrested, I wanted to regain my self-confidence; the only purpose was some justice. It would give me some relief.

I am disputing the defendant's facts, and under the law, I have a declaration I do have evidence and witnesses that are mutually available. So that's, this court should dismiss the defendant TVPA to try to minimize federal crime.

Therefore, Objecting DEFENDANT'S COMPLAINT OF FRAUD UPON THE COURT AND SPOLIATION OF EVIDENCE. Motion to opposition for defendant's requesting dismissal should be denied.


LINK & ROCKENBACH, PA
1555 Palm Beach Lakes Boulevard, Suite 930
West Palm Beach, Florida 33401
(561) 847-4408; (561) 855-2891 [fax]
By: /s/ Scott J. Link
Scott J. Link (FBN 602991)


Kara Rockenbach Link (FBN 0044903)
Primary: Scott@linkrocklaw.com
Primary: Kara@linkrocklaw.com
Secondary: Tina@linkrocklaw.com
Secondary: Troy@linkrocklaw.com
- and –
Bennet J. Moskowitz, Pro Hac Vice
Molly S. Diego, Pro Hac Vice
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, New York 10022
(212) 704-6087
bennet.moskowitz@troutman.com
molly.dirago@troutman.com
Counsel for Defendants

CERTIFICATE OF SERVICE
I CERTIFY that on December 21, 2021, I electronically filed the foregoing document

Witness statement

5/2/2022 I AM Zeynep Oya Kocaman, I was born 19 May 1966. I am making this statement because Nilufer Adak asked me to answer some questions to her lawyer. However, I don't understand her lawyer had an appointment with me; I don't understand why after spoken him, he never follow-up for what I know about Epstein and NILUFER. So, I AM GIVING THIS STATEMENT BECAUSE I want to clear my name and request witness protection. After all, I am fearful of Epstein's power, and I don't have any ability to protect myself. Therefore, I am staying with my friend temporarily; I do not want to distract their life, and I want to not publicize my name.

I decided to tell only truthful and limited knowledge because of GOD and my inner conscience. I choose to say this to you because I regret I couldn't help you at the time. However, I know it was a crucial and terrible thing that happened to you, and it has been a long time since I don't remember all the details.

I introduce Epstein through my friend in Cypress, to give him a private message. He came a few times with his Turkish Welty man to massages, and they invited me to Paris. I meet the MAXWELL as Epstein's partner in Paris. During that time, Epstein invited me to ask for supervision of a girl name Polina; however, the girl had an actual passport name SOFIA. During travel. It has told me that the girl had been kidnapped by her aunt, secret services found her, and Epstein was uniting (Polina)

SOFIA to her mother. I didn't involve anything child kidnapping or taking or applying any illegal activity. I did agree to travel with her because I did know that Epstein was the authority FBI and or president of the international FBI secret services. However, even though it offered to supervise Polina (SOFIA) during travel through St. Thomas Island, it was last minute changed, and the man's name IGOR or Alex managed to SOFIA during traveling. So, I was only allowed to come with them. I didn't know the mom's girl, and I didn't even see her after Polina (SOFIA) or Igor again because I believed that was utterly a cover-up FBI job and reuniting a kidnapped girl to her family.

I came to the USA. Because OF Epstein promised me an excellent job organizing his home and giving him a private message, he did premise sponsor me to have an American citizen. However, it didn't happen the first they temporarily put me in a west palm beach old lady name Maria's house, but it was like a jail; I couldn't even allow going outside. And he never gives a good job, money, or citizenship as he premised. I became their prisoner. Many lies excuses and that he during travel through coming USA Epstein provide me a passport to travel through Paris to st. Thomas and then through New Jersey had the name ELIZABETH W. with my picture. I also saw a girl's passport named Polina (SOFIA) look like a Russian passport and  Nilufer Demir Turkish passport when he took my passport in his apartment in Paris. However, he took my actual passport and the passport he

provided named Elizabeth W, my picture on it after travel. I couldn't ever get back from him about my BOUT OF The PASSPORT.

Sometimes, if his driver picked me up, I went to his home in West Palm Beach or someone in a friend's apartment FORT LAUDERDALE and did a massage. I only organized two-room on the second floor. I didn't see anyone. Only one man was in the pool area when I was in his home; I didn't see any abnormality. Since Paris, I only see MAXWELL IN your car when we bring that big vase and package some paint in your home. That was sometime in April 2008 because Epstein was coming or leaving to visit Israel. I did trust the Epstein until he raped me in his home in Palm Beach.  I know it was my mistake and fault after he rape me still coming with him but I didn't have any other choices.

However, after coming to Jupiter Island with you and Epstein, I started to fear; I didn't want to make Epstein angry or upset because he would give me a job and citizenship. However, after I saw horrific, even gross, pornographers and sex activity even in that house look like a palace on Jupiter Island, FL. my mind changed after that house. I started to escape and planned to go back to Turkey. My forcible participation was not self-imposed; Epstein raped me and forced me to have sex with his friend MARK. That night what happened? You know some guy name ALEN, LE, Epstein, and the short guy, his nickname was Judge Bill was in the home. I didn't see when Dr. made surgery on you because it was almost 5 pm afternoon when I

weak up. I was sick, and everyone was already gone golfing or on the yacht. I don't remember how long we stayed there for at least a few days. I know some surgery, but I don't know any details, or I didn't remember where it happened and didn't know the doctor's name.

I know you heated me an angry for me because you accused me of having sold your ex-husband by exchanging your sex disk for a flight ticket. Yes, I couldn't get my passport from Epstein, and I didn't have money for a flight, but some Turkish taxi man and his wife took me to a Turkish Airline, and the Turkish Airline lets my flight without a passport only did a copy of my TURKISH ID. I did not ever see or communicate with your husband at the time. If I see him, I will not know him.

I know if I do that, I will sign your execution, so I want you to protect for honor killing. And I never did such mailing the sex memory card to your ex-husband.

You are the person who came to my sister's home in Istanbul sometime in 2012 or 2013 and did tell me that you broke into your husband's apartment to try to still the VIDEO recorded memory card from him. Because he would use it against you, not paying alimony and child support. Epstein recorded THE Sex in JUPITER with judge Billy LE, ALEN, and 14 yr old boy on the same-sex memory card; you told me that you did see and watch MUSA tv that recorded Sex. you also said to me that, however; Still, you couldn't find how to get out or where the original disk or the

memory card was installed, and you didn't want your son to see, so you were not successful in getting out from the tv because Musa called the police against you and breaking his home you even told me that he tries to put a restraining order on you.

At the palace home in Jupiter, FL, I was in the same position as you; I did not understand at the time your behavior; you were crying, sobbing, and then you started guffawing very loud. Epstein did rape me and trafficked me forcibly to his friend. And when you called, I couldn't help you because my body was hopeless. After all, I was emotionally significantly hurt and wanted to get out of the situation. When Epstein keeps giving you mushrooms cake, you start acting weird I did try to stop you, but you are not listening to me; you are embarrassed. I did still help the next three days in with your medication, helped you take a shower and dress up, and stayed with you for at least three days. I don't remember where I took your photo in Jupiter, FL, or New Albany in the big house; I am not sure. I do not forget that When I gave Epstein a massage, all members that he non -stops looking at your photo, and he put it inside the book on the coffee table. When Epstein went to shower, I did take your picture and it that was a black disk next to and small digital camera. I took two SD memory cards and a photo of you. My purpose for taking the disk is to delete my unwanted pornographic activity. not to sell your ex-husband as you accused me. Furthermore, I was escaping in the next few days, and I am available to go to Turkey. But unfortunately, I never got back my passport from Epstein and never knew how

to communicate with him. You never call me or ask until January of this year and you do know my sister's home you did not even ask me how I am dealing with all this suffering and pain for many years I don't understand why you want me to bring it to authority or front of people today. I give you what only have a memory card and one photo of you which I had been stilled Epstein and the video memory card I give you 2008. Not your husband I give you and you say he stole from you and you were trying to get back from him that you break his apartment 2012 or 2011.

I suggest to you; that it wasn't a good idea to fight this, people own this country, and the government, CIA, FBI, like Epstein says, if you mess with them, they throwing them in the Ocean. And there have significantly tremendous more prominent people, and you cannot gain. No one ever believes you or me. They will call you a liar and destroy you more.  Influential people, I believe Epstein is still alive, and Trump must help him act dead. I suggest Nilu does need any witnesses all her husband does have to give or release the record is some memory card I take from Epstein during looking for my own passport to go back. I don't have does memory card.

That I did find the GOD and spirituality I am today; peaceful try to forget all past. Yes, it is suffering and painful to deal with that, and it wasn't easy, but life is too short.

Zeynep Kocaman

LINK & ROCKENBACH, PA

1555 Palm Beach Lakes Boulevard, Suite 930
West Palm Beach, Florida 33401
(561) 847-4408; (561) 855-2891 [fax]
By: /s/ Scott J. Link
Scott J. Link (FBN 602991)


Kara Rockenbach Link (FBN 0044903)
Primary: Scott@linkrocklaw.com
Primary: Kara@linkrocklaw.com
Secondary: Tina@linkrocklaw.com
Secondary: Troy@linkrocklaw.com
- and –
Bennet J. Moskowitz, Pro Hac Vice
Molly S. Diego, Pro Hac Vice
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, New York 10022
(212) 704-6087
bennet.moskowitz@troutman.com
molly.dirago@troutman.com
Counsel for Defendants

CERTIFICATE OF SERVICE
I CERTIFY that on December 21, 2021, I electronically filed the foregoing
document

(55)



2006 when my boss had party or
Epstein Friend this Dress did
gift me by G Max at this
time.

(Km)



2008 Epstein was in the room.
with Guy name Paul Thurston. & Bill. or
walter.

(R.R.)

I have original of this photo
which Z.O. Did gived me and
she tabe it from Epstein. I will
Provide if need I dont want lost

original.



2008 nexto Palmbeach
Home.

$\left(n\,n\right)$

This letter is an affidavit statement regarding Jeffrey Epstein civil suitcase.

My name is Charles Walton Jr 2009 I decided to start spending the winter in Florida and rented a condo in Pompano Beach for four months. My rental (BAY yacht club) was two blocks away from a salon where I went to get haircuts that's where meet NILUFER and she cut my hair, give me facials when I was living in Pompano Beach. During that time, we became friends and she introduced me to ALEX, who on many days was at the salon with her. On occasion's when I was a way Nilufer, and Alexander took care my Dog to help me out.

In 2010 I returned to BAY YATCH CLUB to spend the winter. Nilu and I continued our friendship and she continued to cut my hair and give me facials. On occasions we would go to lunch together and at that time she told me the story of her time working for JEFEREY EPSTEIN. She told me that she originally was hired to cut his hair and after the haircut, he offered her a job as his driver for several times weak. She told me that during that time he took her passport and threaten to have her deported and her son taken away from her if she didn't do exactly as he told her. He would make Nilu entertain various friends at hotels or their homes and was a gift to them as a birthday present. She wanted to get away from him but being new in the country and she was afraid of getting deported and losing her son.

I felt sorry for her and advised her to tell no one or get an attorney, but she was afraid of his powerful friend and the police and immigration officer. At the time she even told me that she has been given as a gift to Bill Richard.

The following year I rent it a condo NORTH of Pompano Beach and Lost contact with Nilu. In 2020 I ran into her at a whole food store in Boca Raton we exchange phone numbers and renew our friendship. Someone 2021 she asks me if I remember her talking about her experiences with Jeffrey Epstein. She asks that she had a case against him and asked if I would testify for her about what I remembered.  I AGREED to tell what she had told me years ago about her experiences and she was treated by Jeffrey Epstein.

01/27/22

Date

Charles Foster WALTON JR

Phillips & Paolicelli, LLP
747 Third Avenue 6th Floor
New York, NY 10017
SPhillips@p2law.com
VPhillips@p2law.com
Ataub@p2law.com
Counsel for Plaintiff

Scott J. Link
Kara Rockenbach Link
Link & Rockenbach, PA
1555 Palm Beach Lakes Blvd., Suite 930
West Palm Beach, FL 33401 scott@linkrocklaw.com kara@linkrocklaw.com
tina@linkrocklaw.com troy@linkrocklaw.com Counsel for Defendants

CERTIFICATE OF SERVICE
I CERTIFY that on May 12 2022                              , I electronically filed the
foregoing document
with the Clerk of the Court using CM/EC

# Florida Atlantic University

has conferred on

## Nilufer Demir Adak

the degree

## Bachelor of Arts
### with a major in Chemistry

with all the rights and privileges thereunto appertaining.

In Witness whereof, this diploma, duly signed and with the seal of the University affixed, has been issued by the University Board of Trustees upon the recommendation of

the Faculty of

## the Charles E. Schmidt College of Science

Given at Boca Raton, Florida, this fourth day of May, 2018





John W. Kelly
President John W. Kelly

Dean Ata Sarajedini

Governor Rick Scott

Anthony K. G. Barbar
Board of Trustees Chair Anthony K. G. Barbar

# BROWARD COLLEGE

www.broward.edu

College Registrar's Office
225 East Las Olas Blvd.
Fort Lauderdale, FL 33301

PERMANENT ACADEMIC CREDIT RECORD
Page: 1    Printed: 03/14/16  Student SSN: 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
Name: ADAK, NILUFER
BirthDate: 01/05/**** Sex: *   Res for Fees: FLORIDA
High School: [TR]DEVLET OLGUNLUK INTIHA Grad: 06/1993
Basis of Admission: STANDARD HIGH SCHOOL DIPLOMA

TEST SCORES:
RSAT

THIS TRANSCRIPT IS NOT OFFICIAL UNLESS IT BEARS
THE SEAL OF THE COLLEGE REGISTRAR.

COURSE TYPE:
BLANK - INST CREDIT    T - REPEATED, INIT ATTEMPT
Z     - CLEP           R - REPEATED, LAST ATTEMPT
Y     - ADV PLACEMNT   M - CRED ALLOWED
A     - ACT PROGRAM
O     - OTHER EXT CR

GRADING SYSTEM:
A-4 GR PT EXCELLENT    NC-NO CREDIT   S -SATISFACTORY
B-3 GR PT GOOD         NG-NO GRADE    X -AUDIT
C-2 GR PT AVERAGE      NR-GRADE NOT   XW-AUDIT
D-1 GR PT POOR           RECEIVED     WITHDRAWAL
F-0 GR PT FAILURE                     W -WITHDREW
I-0 GR PT INCOMPLETE                  WP-WITHDREW
WF-0 GR PT WITHDREW FAILING            PASSING
XF-0 GR PT EXCESSIVE ABSENCES         WN-WITHDRAWN-
                                      NON ATTENDANCE

| COURSE ID | EQUIV COURSE | COURSE TITLE | CMP | GR | CREDITS ATT ERN GPA |
|---|---|---|---|---|---|
| **WINTER 01-2002 (20022 )** | | | | | |
| INTER AMERICAN UNIVERSITY AGU (003939) | | | | | |
| COMP2110 | | INTRO COMPUTER SCIEN | C | 3.0 3.0 3.0 |
| COMP2120 | | LOGICAL PROGRAMMING | F | 3.0 0. 0. |
| GEEN2311 | | READING & WRITING | C | 3.0 3.0 3.0 |
| GEMA1200 | | FUNDS OF ALGEBRA | F | 3.0 0. 0. |
| TERM TOTALS: CR ATT: 12.00; CR EARN: 6.00 CR FOR GPA: 12.00;GR PTS: 12.00; GPA: 1.00 | | | | | |
| **FALL 04-2005 (20051 )** | | | | | |
| NOVA SOUTHEASTERN UNIVERSITY (001509) | | | | | |
| BIOL1040 | | ENVIR STUDIES | C | 3.0 3.0 3.0 |
| COMP1000 | | BASIC WRITING | TD | 3.0 0. 0. |
| MATH1000 | | ESSENTIAL MATH | C | 3.0 3.0 3.0 |
| PSYC1410 | | PER CAREER DEVELOP | TF | 3.0 0. 0. |
| TERM TOTALS: CR ATT: 6.00; CR EARN: 6.00 CR FOR GPA: 6.00;GR PTS: 12.00; GPA: 2.00 | | | | | |
| **WINTER 04-2005 (20052 )** | | | | | |
| NOVA SOUTHEASTERN UNIVERSITY (001509) | | | | | |
| PSYC1020PSY2012 | GENERAL PSY | B | 3.0 3.0 3.0 |
| ARTS1400 | | THE THEATER ARTS | A | 3.0 3.0 3.0 |
| TERM TOTALS: CR ATT: 6.00; CR EARN: 6.00 CR FOR GPA: 6.00;GR PTS: 21.00; GPA: 3.50 | | | | | |
| **FALL 05-2006 (20061 )** | | | | | |
| NOVA SOUTHEASTERN UNIVERSITY (001509) | | | | | |
| COMP1000 | | BASIC WRITING | RA | 3.0 3.0 3.0 |
| MATH1030MAT1033 | INTERM ALGEBRA | TD | 3.0 0. 0. |
| TERM TOTALS: CR ATT: 3.00; CR EARN: 3.00 CR FOR GPA: 3.00;GR PTS: 12.00; GPA: 4.00 | | | | | |
| **FALL 06-2007 (20071 )** | | | | | |
| NOVA SOUTHEASTERN UNIVERSITY (001509) | | | | | |
| COMP1500ENC1101 | COLLEGE WRITING | TF | 3.0 0. 0. |
| MATH1030MAT1033 | INTERM ALGEBRA | RC | 3.0 3.0 3.0 |
| PSYC2450 | | FORENSIC PSYCHOLOGY | TD | 3.0 0. 0. |
| PSYC2450 | | FORENSIC PSYCHLGY | RB | 3.0 3.0 3.0 |
| THEA2020TPP2110C | ACTING I | D | 3.0 3.0 3.0 |
| TERM TOTALS: CR ATT: 9.00; CR EARN: 9.00 CR FOR GPA: 9.00;GR PTS: 18.00; GPA: 2.00 | | | | | |
| **WINTER 06-2007 (20072 )** | | | | | |
| NOVA SOUTHEASTERN UNIVERSITY (001509) | | | | | |
| COMP1500ENC1101 | COLLEGE WRITING | RC | 3.0 3.0 3.0 |
| NOTE: WRITING CREDIT | | | | | |
| PSYC1410 | | PER CAREER DEVELOP | RA | 3.0 3.0 3.0 |
| PSYC2990 | | SPC TPC:ISS CORR MNT | B | 3.0 3.0 3.0 |
| SPCH2000SPC1024 | FUND HUMAN COMM | TC | 3.0 0. 0. |
| TERM TOTALS: CR ATT: 9.00; CR EARN: 9.00 CR FOR GPA: 9.00;GR PTS: 27.00; GPA: 3.00 | | | | | |
| **FALL 12-2013 (20131 )** | | | | | |
| NOVA SOUTHEASTERN UNIVERSITY (001509) | | | | | |
| LITR2110 | | DETECTIVE FICTION | F | 3.0 0. 0. |
| MATH1040 | | MATH FOR COL STDNT | RC | 3.0 3.0 3.0 |
| ENVS1200 | | ENVIRON SCIENCE II | C | 3.0 3.0 3.0 |
| TERM TOTALS: CR ATT: 9.00; CR EARN: 6.00 CR FOR GPA: 9.00;GR PTS: 12.00; GPA: 1.33 | | | | | |

ADAK, NILUFER
NILUFER ADAK - P/U
636 NW 13 STREET DEPARTMENT 3
BOCA RATON          FL 33486

Associate VP for Student Affairs
College Registrar

# Broward College

## Fort Lauderdale, Florida

Upon the Recommendation of the Faculty, Hereby Confers Upon

### Nilufer Adak

this degree in

### Associate in Arts

Given under the seal of Broward College in the State of Florida
on the eighteenth day of December in the year two thousand and fourteen.



J. David Armstrong, Jr.
President

Willie J. Alexander, Jr.
Registrar

Carol A. Brown
Chair of the Board of Trustees

# FLORIDA ATLANTIC UNIVERSITY

## Office of the Registrar

777 Glades Road, P.O. Box 3091, Boca Raton, FL 33431-0991

```
                                    Date Issued: 23-APR-2018 05:30:54 PM
                                    Page: 1
```

Issued to:  Nilufer Adak
            Pick up in Boca
            777 Glades Rd
            Boca Raton, FL 33431

Record of:  Adak, Nilufer                     Student No: Z23304084
            636 NW 13th St Apt 6               SSN/SIN/TIN: ***-**-7011
            Boca Raton, FL 33486-2480          Birth Date: 05-JAN

```
==========        ENROLLMENT VERIFICATION FOR SPRING 2018        ==========
    Enrollment Status : Reinstate Fiscally
    ----------------------- General Student Information -----------------------
    Class          : Senior
    Residency      : Florida Resident
    Term Dates     : 16-DEC-2017 to 04-MAY-2018
                     --- PRIMARY CURRICULUM ---
    Expected Grad Date: 14-DEC-2018
    Expected Grad Term: Fall 2018
    Expected Grad Year: 2019
    Program        : BA Chemistry
    College        : C.E. Schmidt Coll of Science
    Degree         : Bachelor of Arts
    Major          : Chemistry
    ------------------------- Enrollment Hours and GPA ------------------------
    Credit Hours   :              4.000
    -------------------------- Degree(s) Information --------------------------
    --------------------------- Term Information --------------------------
    Last Term Attended: 201708      Fall 2017
    --------------------------- Enrollment History --------------------------
    TERM    START/END   TIME STATUS/TERM HOURS & GPA
    201501 05-JAN-2015 Half Time
           01-MAY-2015
    201508 17-AUG-2015 Less Than Half Time
           11-DEC-2015
    201601 11-JAN-2016 3/4 Time
           06-MAY-2016
    201605 16-MAY-2016 3/4 Time
           09-AUG-2016
    201608 22-AUG-2016 Full Time
           16-DEC-2016
    201701 09-JAN-2017 Half Time
           05-MAY-2017
    201705 15-MAY-2017 Half Time
           08-AUG-2017
```

***************************CONTINUED ON NEXT PAGE***************************

SCHOOL CODE:   FLORIDA ATLANTIC UNIVERSITY                         PHONE: 561.297.3050
                                                                   FAX: 561.297.2756
001481                          Office of the Registrar
                     777 Glades Road, P.O. Box 3091, Boca Raton, FL 33431-0991

                                    Date Issued: 23-APR-2018 05:30:54 PM
                                            Page: 2

Issued to: Nilufer Adak
Record of: Adak, Nilufer                        Student No: Z23304084
                                                SSN/SIN/TIN: ***-**-7011
                                                Birth Date: 05-JAN

===========        ENROLLMENT VERIFICATION FOR SPRING 2018       ============
-------------------------- Enrollment History ---------------------------
TERM    START/END    TIME STATUS/TERM HOURS & GPA
201708 19-AUG-2017 Half Time
       15-DEC-2017
-------------------------- Enrollment Messages --------------------------
Florida Atlantic University is accredited by the Southern
Association of Colleges and Schools.  This document is
official when it bears the signature of the Registrar and
seal of the University.
Our certification system is designed to expedite the
sharing of academic information with many agencies and
companies.  We appreciate your accepting this certification
since it provides more complete and accurate information and
faster response than hand processed special forms.
For Undergrad Students (UG) 12 or more hours
equal Full-Time.  For Graduate (GR) Students 9 or more
hours equal Full-Time except in summer when Full-Time
is 6 or more hours.
Brian R Hodge
Registrar
Florida Atlantic University
 ************************END OF ENROLLMENT VERIFICATION************************

Phillips & Paolicelli, LLP
747 Third Avenue 6th Floor
New York, NY  10017
SPhillips@p2law.com
VPhillips@p2law.com
Ataub@p2law.com
Counsel for Plaintiff

Scott J. Link
Kara Rockenbach Link
Link & Rockenbach, PA
1555 Palm Beach Lakes Blvd., Suite 930
West Palm Beach, FL  33401 scott@linkrocklaw.com kara@linkrocklaw.com
tina@linkrocklaw.com troy@linkrocklaw.com Counsel for Defendants

 CERTIFICATE OF SERVICE
I CERTIFY that on May 12 2022_____, I electronically filed the
foregoing document
with the Clerk of the Court using CM/EC

Scott J. Link

Kara Rockenbach Link

Link & Rockenbach, PA

1555 Palm Beach Lakes Blvd., Suite 930

West Palm Beach, FL   33401  scott@linkrocklaw.com  kara@linkrocklaw.com
tina@linkrocklaw.com troy@linkrocklaw.com Counsel for Defendants


 CERTIFICATE OF SERVICE

I CERTIFY that on May 12 2022 _____, I electronically
filed the foregoing document

with the Clerk of the Court using CM/EC



Sayı: 47909374-1708-(91244)202201121
Konu: Giriş Çıkış Kayıtları

T.C.
İSTANBUL VALİLİĞİ
İl Emniyet Müdürlüğü
İstanbul Atatürk Havalimanı Şube Müdürlüğü

İstanbul Cumhuriyeti Başsavcılığı Genel Soruşturma Bürosu'nun 11.01.2022 tarih ve 2021/214801 CBS Soruşturma Dosyası sayılı yazısında istenmiş olan 05.01.1974 doğumlu Nilüfer DEMİR isimli şahsın Hudut Kapılarından ülkemize giriş-çıkış kayıtlarınız aşağıda çıkartılmıştır.
Arz ederim.

Savaş BEYAZGÜL
Pasaport İşlemleri Büro Amirliği
Polis Memuru

| KIMLIKNO | AD | DIGERAD | SOYAD | PHARF_SER | SERI_NO | DOG_TAR | BABA_ADI | TARIH | ZAMAN | ULKE_AD | KAPI_AD | TURU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | NILÜFER |  | DEMİR | H | 442964 | 1974 | SABRİ | 20071229 | 13224360 | TÜRKİYE | İSTANBUL-ATATÜRK HAVA | G |
|  | NILÜFER |  | DEMİR | H | 442964 | 1974 | SABRİ | 20080123 | 4505147 | TÜRKİYE | İSTANBUL-ATATÜRK HAVA | C |
|  | NILÜFER |  | DEMİR | H | 442964 | 1974 | SABRİ | 20100609 | 12551008 | TÜRKİYE | İSTANBUL-ATATÜRK HAVA | G |
|  | NILÜFER |  | DEMİR | H | 442964 | 1974 |  | 20100729 | 5444118 | TÜRKİYE | İSTANBUL-ATATÜRK HAVA | C |
| 11885025088 | NILÜFER |  | DEMİR | H | 442964 | 1974 |  | 20110612 | 16521982 | TÜRKİYE | İSTANBUL-ATATÜRK HAVA | G |
| 11885025088 | NILÜFER |  | DEMİR | H | 442964 | 1974 |  | 20110726 | 9433551 | TÜRKİYE | İSTANBUL-ATATÜRK HAVA | C |

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

İş bu 1 adet Giriş-Çıkış Belgesi 12.01.2022 tarihli İstanbul Cumhuriyeti Başsavcılığı Genel Soruşturma Bürosu'nun yazısına istinaden bilgi amaçlı olarak düzenlenmiştir. 01/01/2007-31.12.2013 Tarihleri arasındaki bilgisayar veri kayıtlarına uygundur.



(c c)

Sayı: 47909374-1708-(91244)202201121

Konu: Giriş Çıkış Kayıtları



T.C.
İSTANBUL VALİLİĞİ
İl Emniyet Müdürlüğü
İstanbul Atatürk Havalimanı Şube Müdürlüğü

İstanbul Cumhuriyet Başsavcılığı Genel Soruşturma Bürosu'nun 11.01.2022 tarih ve 2021/214801 CBS Soruşturma Dosyası sayılı yazısında istenmiş olan 05.01.1974 doğumlu Nilüfer DEMİR isimli şahsın Hudut Kapılarından ülkemize giriş-çıkış kayıtlarınız aşağıda çıkartılmıştır.
Arz ederim.

Savaş BEYAYGÜL
Pasaport İşlemleri Büro Amirliği
Polis Memuru

| KİMLİKNO | AD | DİGERAD | SOYAD | PHARF_SER | SERİ_NO | DOG_TAR | BABA_ADI | TARİH | ZAMAN | ÜLKE_AD | KAPI_AD | TÜRÜ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NILÜFER | | DEMİR | H | 442964 | 1974 | SABRİ | 20071229 | 13224360 | TÜRKİYE | İSTANBUL-ATATÜRK HAVA | G |
| | NILÜFER | | DEMİR | H | 442964 | 1974 | SABRİ | 20080123 | 4505147 | TÜRKİYE | İSTANBUL-ATATÜRK HAVA | Ç |
| | NILÜFER | | DEMİR | H | 442964 | 1974 | SABRİ | 20100609 | 12551008 | TÜRKİYE | İSTANBUL-ATATÜRK HAVA | G |
| | NILÜFER | | DEMİR | H | 442964 | 1974 | | 20100729 | 5444118 | TÜRKİYE | İSTANBUL-ATATÜRK HAVA | Ç |
| 11885025088 | NILÜFER | | DEMİR | H | 442964 | 1974 | | 20110612 | 16521982 | TÜRKİYE | İSTANBUL-ATATÜRK HAVA | G |
| 11885025088 | NILÜFER | | DEMİR | H | 442964 | 1974 | | 20110726 | 9433551 | TÜRKİYE | İSTANBUL-ATATÜRK HAVA | Ç |

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

İş bu 1 adet Giriş-Çıkış Belgesi 12.01.2022 tarihli İstanbul Cumhuriyet Başsavcılığı Genel Soruşturma Bürosu yazısına istinaden bilgi amaçlı olarak düzenlenmiştir. 01/01/2007-31.12.2013 Tarihleri arasındaki bilgisayar veri kayıtlarına uygundur.



Line 1 and 2 shows 2007
December 29. enter Istanbul and
2008 January 23 left Istanbul. 2008.

(CC)

Sayı: 47909374-1708-(91244)20220112

Konu: Giriş Çıkış Kayıtları



T.C.
İSTANBUL VALİLİĞİ
İl Emniyet Müdürlüğü
İstanbul Atatürk Havalimanı Şube Müdürlüğü

İstanbul Cumhuriyeti Başsavcılığı Genel Soruşturma Bürosu'nun 11.01.2022 tarih ve 2021/214801 CBS Soruşturma Dosyası sayılı yazısında istenmiş olan 05.01.1974 doğumlu Nilüfer DEMİR isimli şahsın Hudut Kapılarından ülkemize giriş-çıkış kayıtlarınız aşağıda çıkartılmıştır.
Arz ederim.

Savaş BEYAZGÜL
Pasaport İşlemleri Büro Amirliği
Polis Memuru

| KIMLIKNO | AD | DIGERAD | SOYAD | PHARF_SER | SELNO | DOG_TAR | SABA_ADI | TARIH | ZAMAN | ULKE_AD | KAPI_AD | TÜRÜ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | NİLÜFER |  | DEMİR | H | 442964 | 1974 | SABRİ | 20071229 | 13224360 | TÜRKİYE | İSTANBUL-ATATÜRK HAVA | G |
|  | NİLÜFER |  | DEMİR | H | 442964 | 1974 | SABRİ | 20080123 | 4505147 | TÜRKİYE | İSTANBUL-ATATÜRK HAVA | Ç |
|  | NİLÜFER |  | DEMİR | H | 442964 | 1974 | SABRİ | 20100609 | 12551008 | TÜRKİYE | İSTANBUL-ATATÜRK HAVA | G |
|  | NİLÜFER |  | DEMİR | H | 442964 | 1974 |  | 20100729 | 5444118 | TÜRKİYE | İSTANBUL-ATATÜRK HAVA | Ç |
| 11885025088 | NİLÜFER |  | DEMİR | H | 442964 | 1974 |  | 20110612 | 16521982 | TÜRKİYE | İSTANBUL-ATATÜRK HAVA | G |
| 11885025088 | NİLÜFER |  | DEMİR | H | 442964 | 1974 |  | 20110726 | 9433551 | TÜRKİYE | İSTANBUL-ATATÜRK HAVA | Ç |

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

İş bu 1 adet Giriş-Çıkış Belgesi 12.01.2022 tarihli İstanbul Cumhuriyeti Başsavcılığı Genel Soruşturma Bürosu yazısına istinaden bilgi amaçlı olarak düzenlenmiştir. 01/01/2007-31.12.2013 Tarihleri arasındaki bilgisayar veri kayıtlarına uygundur.

PRESS FIRMLY TO SEAL



PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE** ® | **PRIORITY**®
MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2





U.S. POSTAGE
$15.75
PM 2-DAY
03103 0004
Date of sale
05/12/22
06        23 00
11486693

**PRIORITY MAIL 2-DAY**®

7.50 oz
0004

RETURN RECEIPT REQUESTED
EXPECTED DELIVERY DAY: 05/16/22

Jane Doe Care Nilufer
Aslak
30 Shattuck Rd
#213 Andover MA
01810

SHIP
TO:
701 CLEMATIS ST
RM 202
WEST PALM BEACH FL 33401-5113

**USPS CERTIFIED MAIL**®

9502 8067 1176 2132 4123 06

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.