UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-80589-ALTMAN/Matthewman

JANE DOE,

Plaintiff,

v.

DARREN K. INDYKE and RICHARD D.

KAHN, as Co-Executors of the ESTATE OF

JEFFREY E. EPSTEIN,

Defendants.

_____/



FILED BY _____ D.C.

MAY 20 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

# Plaintiff motion to notice to withdraw

Plaintiff Jane Doe, by and through undersigned attorneys, hereby sues Defendants

Darren K. Indyke and Richard D. Kahn in their capacity as joint co-executors of the Estate of

Jeffrey E. Epstein, and alleges as follows:

I as the plaintiff desire to withdraw the case because I do not know how to represent myself and I couldn't find a lawyer to help me. Some of the witnesses are not providing original photos or documents as claimed, instead of asking for money. I am extremely confused innocently believing a people and hurt already and my body cannot handle the stress and emotion anymore. I am asking you to completely close the case for my right and shield any future action.

SERVICE LIST
Robert K. Burlington
Andrew H. Marks
Dorothy C. Kafka
Coffey Burlington
2699 South Bayshore Drive, Penthouse
Miami, FL    33133    rburlington@coffeyburlington.com    amarks@coffeyburlington.com
dkafka@coffeyburlington.com groque@coffeyburlington.com service@coffeyburlington.com

Counsel for Plaintiff

Steven J. Phillips

Victoria E. Phillips

Aryeh L. Taub
Phillips & Paolicelli, LLP
747 Third Avenue 6th Floor
New York, NY 10017
SPhillips@p2law.com
VPhillips@p2law.com
Ataub@p2law.com
Counsel for Plaintiff

Scott J. Link
Kara Rockenbach Link
Link & Rockenbach, PA
1555 Palm Beach Lakes Blvd., Suite 930
West Palm Beach, FL 33401 scott@linkrocklaw.com kara@linkrocklaw.com tina@linkrocklaw.com troy@linkrocklaw.com Counsel for Defendants

CERTIFICATE OF SERVICE

I CERTIFY that on May 12 2022 _____, I electronically filed the foregoing document

with the Clerk of the Court using CM/EC

Jane Doe
Care of
Xlilufer D. ADAK
30 Shattuck Rd
#2213
Andover MA
01810

United States Distric Court.
Southern District of FL
701 clamatis street
#202 West Palm Beach
FL 33401