UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-80589-ALTMAN/Matthewman

JANE DOE,

    *Plaintiff*,

v.

DARREN K. INDYKE and
RICHARD D. KAHN, as Co-Executors
of the ESTATE OF JEFFREY E. EPSTEIN,

    *Defendants*.

_____/

### ORDER OF DISMISSAL

The Plaintiff filed a "Motion to Notice to Withdraw" [ECF No. 77] (the "Motion"), in which she states her "desire to withdraw the case." Motion at 1. The Plaintiff further asks the Court "to completely close the case for my right and shield any future action." *Id.* Being fully advised, the Court interprets the Motion as a notice of voluntary dismissal and **DISMISSES** this action without prejudice. Plaintiffs may freely dismiss their cases "before the opposing party serves either an answer or a motion for summary judgment[.]" FED. R. CIV. P. 41(a)(1)(A)(i). And the Defendants here—with their motion to dismiss [ECF No. 61] still pending—haven't answered the Complaint or filed a motion for summary judgment. *See generally* Docket. Accordingly, all pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot. The case shall remain **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of May 2022.

                                             **ROY K. ALTMAN**
                                             **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record