# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 21-cv-80589-ALTMAN/Matthewman

JANE DOE,
Plaintiff,
v.
DARREN K. INDYKE and RICHARD D. KAHN, as Co-Executors of the ESTATE OF JEFFREY E. EPSTEIN,
Defendants.
_____/

FILED BY **cois** D.C.

MAY 26 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

This document is only submitted related federal case because it is evident to amended in any future actions. And it belongs to the federal court. *Respectfully, turn to the Federal Court*

SERVICE LIST
 Robert K. Burlington
Andrew H. Marks
Dorothy C. Kafka
Coffey Burlington
2699 South Bayshore Drive, Penthouse
Miami, FL 33133 rburlington@coffeyburlington.com amarks@coffeyburlington.com
dkafka@coffeyburlington.com groque@coffeyburlington.com service@coffeyburlington.com
Counsel for Plaintiff

Steven J. Phillips
Victoria E. Phillips
Aryeh L. Taub
Phillips & Paolicelli, LLP
747 Third Avenue 6th Floor
New York, NY 10017
SPhillips@p2law.com
VPhillips@p2law.com

Ataub@p2law.com
Counsel for Plaintiff

Scott J. Link
Kara Rockenbach Link
Link & Rockenbach, PA
1555 Palm Beach Lakes Blvd., Suite 930
West Palm Beach, FL  33401 scott@linkrocklaw.com kara@linkrocklaw.com
tina@linkrocklaw.com troy@linkrocklaw.com Counsel for Defendants

CERTIFICATE OF SERVICE
I CERTIFY that on May 12 2022 ___[signature]___, I electronically filed the foregoing document
with the Clerk of the Court using CM/EC

I wrote this statement for under law of United States as Musa Adak; I was born on 12/ 29/1971, studied chemistry at Ankara University, then decided to become a Police officer. As a police officer, I worked narcotics detective time in special forces, sometimes in special detective units, and times in terrorist units. Even in 1999, when Turkey hosted G20, I was the appointed first close police to protect BILL CLINTON.

Sometime in 2019, I did see the man arrested on tv. However, I didn't say to anyone or talk to anyone about who this man was about until 2021. I know 2021 was when I so on tv that Ghislaine Maxwell was had been arrested. However, I did hear this name many times from my wife Nilufer in 2008.

In 2007 Nilufer and I had eight apartments and three homes. We have some financial problems that started after our boss Ustun Atack, had killed by his son. Because Nilufer and I lost our job, our property mortgages began to default. However, Nilufer was handling all the mortgages. One day she told me that she met a man who would get me a job as an FBI police officer and asked for my immigration document. She also believed that she would work soon as the US marshal. So, I made a copy all the documents and a photo of me with Bill Clinton and gave to her believing that was given to JEFFREY EPSTEIN. Nilufer told me the man who charged USA national security to her, Jeffrey, was a trustworthy authority, and the FBI would give her and me A Premised Job AS a police officer in the USA. However, I didn't meet him at the time, but Nilufer and Me went someplace to sign a document to give authorization to Jeffrey Epstein to fix our delayed mortgage. According to Nilufer, this man is very prominent, honest, and friendly and will save

~~First~~ Amendment 21-cv 80589 #16

our property. In 2021 being talking with her lawyer, I never remember her visit to Turkey in 2008. But today, I do remember the visit January short visit to Turkey. Sometime in 2008, she visited Turkey the first week of January how I remember that She never travels without her son, which is the only time she travels without ALEXANDER. The first problem started when she returned from Turkey. She didn't tell me to pick her up from the airport, which spoused I am the person who always picked her up. However, I came home with my work car, and I discovered she had taken my car and that I found out she came from Turkey. Because it was extraordinary, she came yesterday and came home and took my car and didn't come the entire night. The stranger was in the morning. She came to pick Alex up and didn't kiss me or hug me. I was upset. I started questioning, where were you all night?? without telling me and you arrived from Turkey, but where did you sleep all night??. Then she returned with Alexander the following Monday afternoon. It was four days she couldn't explain where she had been. After that, she starts acting crazy she starts locking herself she puts a significant distance from me. In 2008 Nilufer, whose only dream was to become an American citizen, tried to put pressure on me so that we could take the child and go to another country. I couldn't understand it somehow because my son was an American citizen, and I wanted to educate him in America. Still, she had no explanation for the abandonment of America, which were her dream all the time. Even after I officially separated from her I heard that Nilufer went to school in Turkey in the fall of 2008 and, and she pressured me permission to take Alex, but she came back because I did not allow her to take our child.

*Amendment 21-cv 80589*

For some reason, she is hanging this wealthy couple. I felt their possession of her brain following four mounts. I try to communicate. I tried to talk in many different ways, but it was all extreme. She was starting to fight violently, and I couldn't get answers to all my questions. I started sufficient more she started telling me she gets job insecurity. I believed her, but when I started asking to want to see where she worked, her many excuses. I kept pressuring and wanted to get an answer many suspensions. Even she took me some place that she works security however four or five weak after I find out that she not on the days she said security job.

1) I found her drawer 3 to 5 burning phones, and I also caught a bag of sexy outfits in a secretly locked compartment. After I star followed her, she drove my SUV, a ford expedition model. She told me she worked a security job, but when I followed her, she parked in front of the marshal's store, and some men and women came with an escalator black SUV and got in Nilufer's car. They drove off. I followed her a few mounts, sometimes even with my best friend at the time, and I even took ALEXANDER WITH ME.

When it tried to follow Nilufer, I called our friend Carmen from Puerto Rico to watch Alexander and ask her to talk to Nilufer. Carmen had also invited us to our wedding in Turkey in April. I will provide all her names and address and include Kemal, my ex-best friend, in 2008. Nilufer completely being a different person and put all distances in the home she always says she was a sick and no show any affections with me. So stranger that we had the plan to have a wedding in Istanbul my family and her family spend wedding planning and pay all money, suddenly I want to buy an airline ticket but NILUFER keeps saying she lost her passport. It was about our many year's dreams to become groom and bride and our tradition. So, it was

stranger how she had lost her passport. Then after I found that my son knew a lot but was hiding from me, my son wanted to protect his mom; he even showed me the turtle headphones did give to him by Epstein. I took it and threw the garbage because I didn't like someone giving the gifts to my son. During that time, I attempted to catch Nilufer, but I was not successful.

However, sometime around the end of April 2008, I was trying to catch my wife's activity and asked my best friend KEMAL GUNDOGDU, and we were following Nilufer. I was successful that time she parks in the ATLANTIC BULVD WEST through i95 at Pompano Beach. She went in everyday clothing inside the burger kind, and she came out in explicit sexy clothes. And I see in my car front seat the man with gray hair and women also set in the back seat. I try to punch the man, and I'm simultaneously physically fighting, and a scuffle starts. Nilufer and women who came out from my car know the name Ghislaine Maxwell and KEMAL GUNDOGDU, try to separate me and stop me from punching Jeffrey Epstein. I lost myself. Even though all people were working at a fast-food restaurant, Burgerking employees were witnesses, applauding me and verbally attacking Nilüfer. My friend Kemal picked me up from the ground and drove me in his car. After three days, I came back home, and three days gave her a chance to explain and answer my questions. NILUFER sad me had raped by this man Jeffrey Epstein who spoused to help save our mortgage. She also says about the sexy clothing is that she is working in secret services under Epstein's mission operation, and she cannot be allowed to tell me. I even called the lady now to find her name is Ghislaine MAXWELL; the phone number belonged to the New York area code at the time. But I didn't believe her at the time and told her I was going to divorce and separate.

My observation is I couldn't save my wife from them at the time; they had brainwashed her. For some reason, I didn't understand at the time why Nilufer could not say no to Epstein and Ghislaine Maxwell, which I believed captured her overpersuade and her in many different ways. They did continue their crime and misconduct with type recorded disgusting aim. I also had in surveillance camera in my home. In April 2008, a man with Ghislaine Maxwell, Nilufer, was burning some stuff at my house, backyard 3610 NE 14 street in Pompano Beach, FL. Later I discovered it in the ash was some photos and a cd; I also found they did take out my computer hard drive, and Nilufer never gave me an answer.

I am available to capture with my resources to video record some sd available to open the memory. I have even seen that video record have Nilufer, LEON BLACK, JEFFREY EPSTEIN, Ghislaine Maxwell, and SOME OTHER PEOPLE ARE participating in a sex video. From my observations as a police experience, Nilufer had drugged in the video; it was clear. I only felt bad after I saw the video. Still, I was afraid to go police or any authority because Nilufer told me how powerful there and I was afraid to be stigmatized and separate from my son. According to our law, this disgusting video record was enough for our culture, religion, and religious beliefs to be Nilufer should be executed. Although it was enough solid and sufficient evidence that she was to be honor killed, my conscience did not allow because to be my son's mother. So, I did think about my son's future. Nilufer was a very pure and honest, innocent girl not capable of any crime or even capable of breaking any law or above to law until she met these two evil JEFFERY EPSTEIN AND Ghislaine Maxwell. I hope this court sees Nilufer as a victim and give her seeking justice. It should be a lesson for anyone who thinks they are above the law, even how rich or powerful they are.

*Amendment 21-cv-80589*

*Altman /AA -*

Jeffrey Epstein and Ghislaine Maxwell did destroy my family, and I suffered, and my wounds are deep. Today I don't have any relationship with her even though I don't tell her because it is still painful what she has done to me. I did tell Nilufer I would suggest the only truth under federal law if her lawyer is present at any time requested.

*Musa Adak.*

MUSA ADAK

## Amended witness statement

My name is Alexander Adak. I am writing this statement with my knowledge of the JEFFREY EPSTEIN's abuse case. This statement is about the truth in front of the American constitution and telling only the truth through to federal justice, noting then about the fact.

In 2020 my mother showed me the news about the lady being arrested, and then she asked, " Do you remember. I realized that was a lady a long time ago and how she was my mom's friend a few times together at the time.

- One thing is in my memory: she is the person who showed me tinies gun in my life. The silver-colored tinies gun ever I didn't see any places in my life except known her name Ghislaine Maxwell. And the man with her at also who is today my mother claim and I learn his name was Jeffrey Epstein.
- Who did buy me turtle headphones and a game sometime when we traveled? I did not only tour with them, but I remember when my mother drove me with them, and my mom parked the car in the Emergency dentist's parking one street before our home. My mother parked there, and the lady today learned her name was Ghislaine Maxwell and the man name JEFFREY EPSTEIN. We waited in the car. My mom walks to our home to bring something. While waiting for my mother, we stayed in mom's SUV, and the lady Ghislaine Maxwell and Jeffrey Epstein showed me tinies gun and how cool was. The purpose of parking they're not seeing by my dad.

- The second thing in my memory is also we been in the hotel. I don't remember how long we stay in the hotel. I played a game in the hotel and watched tv. and a lady was teaching my mom how to walk with a new shoe.

- And she had also some measurement she was measuring my mom body she also showed me to how you can measure how tall I am she market the wall; it was not inches like cm. I don't know exactly why we went hotel, but I remember it was a secret from my dad, and if I did tell, my mom would get into trouble, so I promised not to say anything to my father. With my mother's direction, I dint never tell my dad.

- Sometimes around that time, the lady was holding my hand, we walk out of the car and I did see that Jeffrey Epstein was pressing down on her neck. When a lady told me to hug mom and walked through them, he stopped. He was furious at my mother. But the lady who today I know name Ghislaine Maxwell stop's him and mom was sad and crying but act not to cry. I did tell my mom at the time to do what they ask because at the time I believe they are friendly people and my mother caused the trouble.

- I remember then we watch the most significant gigantic crocodile and alligators. Because of the enormous alligator and tiny gun ever in my life, I never forget. Yes, I was a minor at the time, but minors have a more significant memory than an adult. But I remember they were extremely friendly to me. I don't know for exactly how long after that, but my dad started to be jealous of my mom hanging with them. Try to separate my mom from them. Then, my dad and my mother started fighting all the time and accusing each other; I hid under the bed or played games.

My dad was an ex-police officer, so he knew how to detect suspicions because my mom started not coming nighttime home and claiming she worked as a security guard job. So my dad started following my mother. Sometimes my father took me with him to follow my mom, and sometimes followed my mom his friend Kemal.

Since that day, I have been the one who blamed each other for the same violence and tried to break up the fight. I've always been the only one who struggled so much to forget everything and make peace with them, stuck between the two of them. There was only one thing that did not change. My father accused my mother of catching her; My mother accused my father of cheating.

**Conclusion;** thus, are only necessary to I want to tell I am asking and begging that justice should be given what my mom deserves. This is the only reason my dad and my mom broke up. Even if not, I know thousand times sure in my conscience. Jeffrey and Ghislaine Maxwell did learn from my mom about; mom and dad had a problem relationship, and they also had a problem with the law, so it was perfect for them to take advantage of my mother. No one believed my mom, and she was countless, wordless, easy to monitor, and easy to easily fooled. My mother is already naive and easily deceived and is perfect for Epstein's activity. Only in those circumstances did they need someone like my mother to carry out the crimes of Jeffrey Epstein and his game. That's why they trapped my mom, I'm sure of it.

I tried to stop my mother (Nilufer) many times, not file a lawsuit, and try to help her. I know she berries all inside; its effect and caused us many different ways. However, I love my mom, and I try to tell her I'm not embarrassing whatever I know; I see in the past. If my mom wasn't smart and didn't follow what Jeffrey said, if she had resisted him, maybe we wouldn't be living today because we never know what

Amendment adsum Case no: 21-vc-80589

Altman /M

someone so angry can do. Justice should be given for what My mom deserves. The only reason when she found out about the Ghislaine Maxwell arrest; was my mother was so excited, she cried and rejoiced like children, many years, before she put me to sleep at night, she prayed and did prayer beads for hopping one-day injustice. Only coming forth is not about money but facing them in the court, knowing Epstein's death. My mom never had a chance to see and confronts them in court. Instead, she is humiliated and becomes the second victim this is very shameful because no lawyer ever wants to help her because this is a high-profile case, and lawyers don't want to be involved. Or afraid to apply. If I do a crime, my mom will take on it, but I will call the cup if my mom runs into the red light. I will be a future neuro engineer or surgent because of my mother. She is the best mother; she is my best friend; even though we didn't have any money, my mom brought a homeless girl, and her 5 yr old daughter took care of them for four mounts. Not only that, my mom got an Ashly, who has addicted. My mom always said it could be my sister or cousin trying to save her from drugs. she is an animal lover and best human been.

Today, if this case is closed because there is no photography evidence or because she couldn't have any counselor, injustice will be seen as the biggest mistake of history. Who can photograph such a disgusting crime logically, Jeffrey was already trying to hide from crimes, and my mother was the perfect tool to use? That's they use my mom getaway car, However, after my mother's lawyer withdrew from the counseling, people are like coyotes threatened us like vultures and followed -up with us, secretly and openly. Some of them were detectives, some were FBI, some were journalists, and some were mafia, some were lawyers; they didn't stop there; they robbed mom and broke into my mother's apartment, blew her car's wheel,

*Amendment ad on Case no: 21-cv 80589*

*Altman /AA*

and disturbed her to her workplace, they even followed her school. It should be an exemplary case so that it will be understood that no one is above the law and justice and to know that injustice will serve those who are actual victims.

Alexander Adak

*Alexander A.*

21-cv 80589

Dear my Honor Judge!

Respectfully asking protections people claiming as Lawyers, FBI, State Attorney, News people. who or working for who. Following my new job, survilencing my school parking. Finally break in my apartment and claiming Detective or getting me Deal wit INDYKe. or Trump. Hacket all my acount, wiped out my apartment include Loptop. Respectfully not acussing any one respectfully asking protections. my son's life.
I apreciated all peoples time.

Nhufur Dur ADAK.

**UNITED STATES POSTAL SERVICE.**  Retail

**US POSTAGE PAID**
$8.95
Origin: 03103
05/24/22
3248000111-61

**PRIORITY MAIL 2-DAY®**

0 Lb 3.70 Oz
1004

EXPECTED DELIVERY DAY: 05/27/22

C028

701 CLEMATIS ST
RM 202
WEST PALM BEACH FL 33401-5113

**USPS TRACKING® #**



9505 5158 5473 2144 8843 32

MAIL

...ance (restrictions apply).*
...ternational destinations.
...rm is required.
...is exclusions see the
...ty and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

FROM: Jane Doe
Care of Nilufer
Adak
30 Shattuck Rd
#2213
Andover MA
01810

TO: United State
District Court. Southern
District
701 clematis street
#202
West Palm Beach
FL 33401

